UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANDARD INSURANCE COMPANY, | ) |
| | ) No. 24 CV 1387 |
| Plaintiff, | ) |
| | ) |
| v. | ) Magistrate Judge Young B. Kim |
| | ) |
| MARY LOU HOBE and KEVIN McINERNEY, | ) |
| | ) |
| | ) March 18, 2024 |
| Claimants. | ) |

**REPORT and RECOMMENDATION**

On February 19, 2024, Plaintiff Standard Insurance Company ("Standard") filed this interpleader action notifying the court of Claimants Mary Lou Hobe's and Kevin McInerney's competing claims for the remaining life insurance proceeds of their daughter Kimberly McInerney, which totals $25,000. (R. 1.) Standard also moved the court to deposit the proceeds with the court's registry. (R. 5.) The court granted the motion on February 26, 2024, authorizing Standard to deposit the disputed proceeds in the amount of $25,000 and any applicable interest accrued on the amount. (R. 6.) Standard thereafter deposited the total sum of $26,475.40. This case was then referred to this court for a settlement conference. (R. 8.)

In response to the referral, the court held a preliminary settlement discussion on March 12, 2024, by phone. (R. 12.) Claimant McInerney appeared for the discussion but Hobe did not. Nonetheless, this court discussed with McInerney the nature of the action and how the action may be resolved. This court did the same with Hobe by calling her. Both Claimants agreed to resolve this matter by

accepting 50% of the available proceeds. Thereafter, McInerney confirmed his willingness to resolve this case for 50% of the proceeds by email on March 14, 2024, and Hobe confirmed the same by email on March 17, 2024.

In light of their verbal agreement and written confirmation, this court finds that there is a binding agreement to resolve this interpleader action. Accordingly, the court reports and recommends that the presiding District Judge issue an order:

1. Releasing the available proceeds in the court registry to Hobe and McInerney each equally in the amount of at least $13,237.70;

2. Discharging Standard and Indiana University from any further liability with respect to Kimberly McInerney's Group Life Insurance Policy No. 135262-F (the "Policy"), and from any further liability to Hobe and McInerney or anyone claiming by or through them under the Policy; and

3. Enjoining Hobe and McInerney and anyone claiming by or through them from instituting any action or proceeding in any state or federal court against Standard or Indiana University for recovery of any benefits or interests under the Policy.

                                             **ENTER:**

                                             _____
                                             **Young B. Kim**
                                             **United States Magistrate Judge**