# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Standard Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 24 C 1387 |
| | ) | |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| | ) | |
| Kevin McInerney and Mary Lou Hobe, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon careful review of the magistrate judge's report and recommendations (dkt. 15) and in the absence of any objection from the parties, the court adopts the magistrate's report and recommendations in full. The available proceeds in the court registry shall be released to defendants Hobe and McInerney in equal amounts of at least $13,237.70 each; plaintiff Standard Insurance Company and Indiana University are discharged from any further liability with respect to Kimberly McInerney's Group Life Insurance Policy No. 135262-F and from any further liability to defendants Hobe and McInerney or to anyone else claiming by or through them under the Policy; and defendants Hobe and McInerney or anyone claiming by or through them are enjoined from instituting any action or proceeding in any state or federal court against plaintiff Standard Insurance Company or Indiana University for recovery of any benefits or interests under the Policy. Case is terminated.

Date: 4/17/2024

Joan H. Lefkow, U.S. District Judge